In the Matter of the Accounting of Virginia B. Cleveland et al., as Executors of Abraham Bassford, Jr., Deceased, Respondents. Florence W. Bassford, Appellant; Lester D. Stickles, as Special Guardian for Fred D. Bassford, an Infant, et al., Respondents.— Motion referred to the court that rendered the decision. Present — Nolan, P. J., Carswell, Adel, Sneed and MacCrate,

JJ. Motion to resettle order of December 11, 1950 (277 App. Div. 1128), denied, without costs. Present — Nolan, P. J., Carswell, Johnston, Adel and Sneed, JJ.